IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| UNITED STATES OF AMERICA, | * | |
|---|---|---|
| Plaintiff, | * | |
| v. | * | CIVIL NO. AW-05-1893 |
| 9600 RIVER ROAD, POTOMAC, MARYLAND, | * | |
| Defendant. | * | |

## MOTION FOR DISMISSAL

The United States of America, through undersigned counsel and pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, hereby moves to dismiss this civil forfeiture action. The United States is no longer seeking judicial forfeiture of the Defendant property. A proposed order is submitted herewith for the convenience of the Court.

Respectfully submitted,

Robert K. Hur
United States Attorney

_____/s/_____
David I. Salem
Assistant United States Attorney